UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGIL MITCHELL,

                Case No.     09-11467

        Plaintiff,

v.                      HONORABLE AVERN COHN

CORRECTIONAL MEDICAL SERVICES
and DR. ZAKIUDDIN A. KHAN,

        Defendants.

_____/

## JUDGMENT

       For the reasons stated in the Memorandum and Order entered on August 08, 2012,

judgment is entered in favor of defendant Correctional Medical Services only and against

plaintiff.

                         DAVID WEAVER

Dated: August 8, 2012        By: s/Julie Owens_____
                         Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, August 8, 2012, by electronic and/or ordinary mail.

                        S/Julie Owens_____
                        Case Manager, (313) 234-5160