UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGIL MITCHELL,

          Plaintiff,

Case No.    09-11467

v.

HONORABLE AVERN COHN

CORRECTIONAL MEDICAL SERVICES
and DR. ZAKIUDDIN A. KHAN,

          Defendants.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on August 08, 2012, judgment is entered in favor of defendant Correctional Medical Services only and against plaintiff.

DAVID WEAVER

Dated: August 8, 2012        By: s/Julie Owens
                                       Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 8, 2012, by electronic and/or ordinary mail.

                                       S/Julie Owens
                                       Case Manager, (313) 234-5160